| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Thomas N. Stewart, III, Esq., Bar #88128<br>Thomas N. Stewart, III, Attorney At Law<br>369 Blue Oak Lane, 2nd Floor<br>Clayton, CA  94517<br>Telephone No: 925-672-8452     FAX No: 925-673-1729 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States District Court - Northern District Of California | |
| Plaintiff: Rick Futia | |
| Defendant: Richard and Janey Colombini, et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075460RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint

3. a. Party served:          Richard and Janey Colombini as trustees of the Colombini Family 1993 Revocable Living Trust
   b. Person served:         Janey Colombini, Personally

4. Address where the party was served:     16305 Sisley Court
                                            Grass Valley, CA  95945

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jan. 28, 2008 (2) at: 2:00PM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mitchell  Scott                                   d. *The Fee* for Service was:     $89.00



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:     2008-04
      (iii) County:              Sacramento

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Jan. 29, 2008

                                                                     (Mitchell  Scott)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | thste.85331 |
|---|---|---|