Jeffer, Mangels, Butler & Marmaro LLP
Martin H. Orlick, SBN 83908 mho@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants
RICHARD AND JANEY COLOMBINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | No. C 07-05460 RS |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| RICHARD AND JANEY COLOMBINI, etc., | |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 3/19/08

Signature

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")