**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 19, 2008

RE: CV 07-05460 RS        RICK FUTIA -v- RICHARD AND JANEY COLOMBINI

Default is declined as to Defendants Richard Colombini and Janey Colombini as Trustees of he Colombini Family 1993 Revocable Living Trust on March 18, 2008 .

RICHARD W. WIEKING, Clerk

by: Betty Walton
Case Systems Administrator