FAULT DECLINED
3/18/2008
RICHARD W. WIEKING, CLERK
BY _____
DEPUTY CLERK

THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. C 07-5460-RS |
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| v. | |
| RICHARD and JANEY COLOMBINI as Trustees of the Colombini Family 1993 Revocable Living Trust, | |
| Defendants. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff hereby requests that the Clerk of the above-entitled Court enter the default of Defendants, RICHARD and JANEY COLOMBINI, as Trustees of the Colombini Family 1993 Revocable Living Trust. Defendants were served with Summons, Complaint and other court papers on January 28, 2008, and the proof of service was filed on March 17, 2008. Yet, said Defendants have failed to file any sort of responsive pleading.

C 07-5460-RS                    1

March 17, 2008

                                  _S/Thomas N. Stewart, III__
                                      Attorney for Plaintiff

PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, employed in the County of Contra Costa, and not a party to the within action; my business address is 369 Blue Oak Lane, 2nd Floor, Clayton, California.

On March 17, 2008, I served Plaintiff's Request to Enter Default on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Clayton, California addressed as follows:

Richard and Janey Colombini
16305 Sisley Court
Grass Valley, CA 95945

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on March 17, 2008, at Clayton, California.

           ___S/Thomas N. Stewart, III_
              Thomas N. Stewart, III

C 07-5460-RS       3