THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  C 07-5460-JW |
| Plaintiff, | PLAINTIFF'S NOTICE OF NEED FOR MEDIATION |
| v. | |
| RICHARD and JANEY COLOMBINI as Trustees of the Colombini Family 1993 Revocable Living Trust, | |
| Defendants. _____/ | |

Notice is hereby given that the Joint Inspection has taken place, and Mediation is needed this Action.

August 14, 2008

                                                        S/Thomas N. Stewart, III
                                                        Attorney for Plaintiff